IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC

2010 SEP 23 A 10: 10

| | | |
|---|---|---|
| JAMEIR LEGETTE, | ) | CRIMINAL NO: 4:09-00077 |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| Respondent. | ) | |

The Government has made a Motion for Extension of Time to file the response to the

Petitioner's Title 28, United States Code, Section 2255 motion within 45 days from the date this

Order.

**IT IS THEREFORE ORDERED**, that trial defense counsel shall file their affidavit within

25 days of the date of this Order to enable the Government to timely file its response.

If the government does not receive trial defense counsel's affidavit within 25 days, this Court

will consider any appropriate motion filed, including a motion to compel trial defense counsel to file

his or her affidavit.

**IT IS FURTHER ORDERED**, that the extension is granted and the Government will have

45 days in which to respond to the Petitioner's motion.

**IT IS SO ORDERED.**

_Terry L. Wooten_
TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

9/22/10
Florence, S.C.